**TREEHOUSE LAW, LLP**
Benjamin Heikali (Cal. Bar No. 307466)
bheikali@treehouselaw.com
Katherine Phillips (Cal. Bar No. 353048)
kphillips@treehouselaw.com
Ammad Bajwa (Cal. Bar No. 358564)
abajwa@treehouselaw.com
TREEHOUSE LAW, LLP
3130 Wilshire Blvd., Suite 555
Santa Monica, CA 90403
Telephone: (310) 751-5948

*Attorneys for Plaintiff and the Putative Class*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INDIA WINSLOW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>W.T.F.N. INC. and OUI LAB, INC.,<br><br>Defendants. | CASE NO. 2:25-cv-01393-SB-JC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

1
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i);
CASE NO. 2:25-cv-01393-SB-JC

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff India Winslow ("Plaintiff"), by and through her counsel of record, hereby voluntarily dismisses all her claims in the above-captioned action, without prejudice, against W.T.F.N. INC. and OUI LAB, INC. ("Defendants").

Defendants have not filed or served an answer or a motion for summary judgment in the action. Accordingly, Plaintiff may dismiss her claims in this action against Defendants without prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: February 24, 2025          **TREEHOUSE LAW, LLP**

By: *S/ Benjamin Heikali*
      Benjamin Heikali

Benjamin Heikali (Cal. Bar No. 307466)
bheikali@treehouselaw.com
Katherine Phillips (Cal. Bar No. 353048)
kphillips@treehouselaw.com
Ammad Bajwa (Cal. Bar No. 358564)
abajwa@treehouselaw.com
TREEHOUSE LAW, LLP
3130 Wilshire Blvd., Suite 555
Santa Monica, CA 90403
Telephone: (310) 751-5948

Zachary Arbitman*
George Donnelly*
FELDMAN SHEPHERD
WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
Telephone: (215) 567-8300
zarbitman@feldmanshepherd.com
gdonnelly@feldmanshepherd.com

*Attorneys for Plaintiff*

2
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i);
CASE NO. 2:25-cv-01393-SB-JC